1422

## RECONSIDERATION DOCKET

**95–595. State ex rel. Capitol Materials Co. v. Trimble.**
Franklin App. No. 94APD02–138. Reported at 78 Ohio St.3d 298, 677 N.E.2d 806. On motion for reconsideration. Motion denied.

**95–650. Kulch v. Structural Fibers, Inc.**
Geauga App. No. 93–G–1824. Reported at 78 Ohio St.3d 134, 677 N.E.2d 308. On motion for reconsideration. Motion denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**95–2375. Disciplinary Counsel v. Vazquez.**
Reported at 78 Ohio St.3d 295, 677 N.E.2d 804. On motion for reconsideration. Motion denied.

**97–180. Heath v. Hutchinson.**
Licking App. No. 96CA25. Reported at 78 Ohio St.3d 1463, 678 N.E.2d 221. On motion for reconsideration. Motion denied.

**97–220. State v. Wescott.**
Lake App. No. 96–L–016. Reported at 78 Ohio St.3d 1464, 678 N.E.2d 221. On motion for reconsideration. Motion denied.

**97–253. State v. Childers.**
Franklin App. No. 96APA05–640. Reported at 78 Ohio St.3d 1465, 678 N.E.2d 221. On motion for reconsideration. Motion denied.

MOYER, C.J., DOUGLAS and COOK, JJ., dissent.

**97–282. State v. Rountree.**
Summit App. No. 18168. Reported at 78 Ohio St.3d 1465, 678 N.E.2d 221. On motion for reconsideration. Motion denied.

**97–374. State ex rel. Timson v. Petro.**
In Mandamus and Procedendo. Reported at 78 Ohio St.3d 1462, 678 N.E.2d 219. On motion for reconsideration. Motion denied.

**97–404. State ex rel. Giles v. Ohio Gen. Assembly.**
In Mandamus. Reported at 78 Ohio St.3d 1462, 678 N.E.2d 220. On motion for reconsideration. Motion denied.

**97–571. Yelling v. Mitchell.**
In Habeas Corpus. Reported at 78 Ohio St.3d 1462, 678 N.E.2d 220. On motion for reconsideration. Motion denied.

## MISCELLANEOUS DISMISSALS